# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

FRANK YOUNG,

      Defendant.

**Nos. CR06-0009 and CR12-0060**

**ORDER FOR DETENTION**

On the 30th day of December 2014, this matter came on for hearing on the Government's request to have the Defendant detained prior to a revocation hearing and the Defendant's request for a preliminary hearing. The Government was represented by Assistant United States Attorney Anthony Morfitt. The Defendant appeared personally and was represented by his attorney, Stephen A. Swift. For the reasons stated by the Court on the record at the time of hearing, the Court concludes that the request for detention should be granted.

## ORDER

IT IS THEREFORE ORDERED as follows:

1.    The Court finds probable cause exists that Defendant violated his supervised release.

2.    The request for detention made at the initial appearance on revocation proceedings is hereby **GRANTED**. The Defendant shall be detained and in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for January 7, 2015 before the Chief Judge Linda R. Reade.

DATED this 30th day of December, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA